**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    THOMAS GILBERTSON,                          No. C-05-4126 MMC

12              Plaintiff,                         **ORDER REMANDING ACTION**

13       v.

14    RIDGE TOOL COMPANY, et al.,

15              Defendants
      _____/

16

17         Before the Court is defendant Ridge Tool Company's Notice of Withdrawal of Notice

18    of Removal.  For the reasons stated therein, the Court lacks jurisdiction over the instant

19    action, and, accordingly, hereby REMANDS the above-titled action to the Superior Court of

20    California, in and for the County of Contra Costa.

21         **IT IS SO ORDERED.**

22

23    Dated:  October 31, 2005                     _____
                                                   MAXINE M. CHESNEY
                                                   United States District Judge
24

25

26

27

28